[No. 16258-3-III.    Division Three.    January 27, 1998.]

PAMELA BUMPAS, *Respondent*, v. EASTERN
WASHINGTON UNIVERSITY, *Appellant*.

Appeal from a judgment of the Superior Court for
Spokane County, No. 93-2-02719-7, Harold D. Clarke, J.,
entered October 29, 1996. *Affirmed in part* and *reversed in
part* by unpublished opinion per Kato, J., concurred in by
Schultheis, C.J., and Brown, J.